# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3618
LT Case No. 2018-CA-002503

_____

DAIMON J. MCNAMARA,

    Appellant,

    v.

BENDERSON DEVELOPMENT
COMPANY, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Dawn P. Fields, Judge.

John P. Hess, of John P. Hess, P.A., West Palm Beach; Nicholas A. Shannin, Carol B. Shannin, and Dayna Maeder, of Shannin Law Firm, P.A., Orlando; and Bryan J. Yarnell, Melbourne, for Appellant.

Bryan D. Hull, Amy M. Darby, Lauren B. Yevich, and Laura B. Labbee, of Bush Ross, P.A., Tampa, for Appellee.

August 4, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____